UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>305 EAST 61ST STREET GROUP LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 19-11911 (SHL) |
| LITTLE HEARTS MARKS FAMILY II L.P.,<br><br>       Plaintiff,<br><br>vs.<br><br>JASON D. CARTER and 61 PRIME LLC,<br><br>       Defendants. | Adversary No. 21-01137 (SHL) |

**ORDER (I) GRANTING THE MOTION TO DISMISS COMPLAINT FILED BY DEFENDANTS AND (II) DENYING THE REMAND MOTION FILED BY PLAINTIFF**

    Before the Court is (i) the motion to dismiss [Adv. Pro. Docket No. 4] and memorandum of law in support thereof [Adv. Pro. Docket No. 5] (collectively, the "Motion to Dismiss") filed by defendants, Jason D. Carter and 61 Prime LLC (collectively, the "Defendants") on June 21, 2021 and (ii) the motion for remand [Adv. Pro. Docket No. 8] and supporting memorandum of law [Adv. Pro. Docket No. 9] (collectively, the "Remand Motion") filed by Little Hearts Marks Family II L.P. (the "Plaintiff"). On September 9, 2021, this Court held a hearing on the Motion to Dismiss and the Remand Motion (the "Hearing") and heard argument from counsel for the Defendants and counsel for the Plaintiff. Having considered the Motion to Dismiss and the Remand Motion, and the arguments by counsel at the Hearing, and for the reasons stated in the

LEGAL02/42261732v3

*Memorandum of Decision* dated October 11, 2022 [Adv. Pro. Docket No. 17] (the "Memorandum of Decision"),[1] it is hereby

**ORDERED** that the Motion to Dismiss is GRANTED; and it is further

**ORDERED** that the Complaint is hereby dismissed with prejudice; and it is further

**ORDERED** that the Remand Motion is DENIED.

Dated: October 21, 2022
       White Plains, New York

                                    */s/ Sean H. Lane*
                                    The Honorable Sean H. Lane
                                    United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Memorandum of Decision.

LEGAL02/42261732v3